# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B/E AEROSPACE, INC, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ITT CORPORATION, an Indiana Corporation, and Does 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br><br>ITT CORPORATION, an Indiana Corporation,<br><br>　　　　　　Counterclaimant,<br><br>　　vs.<br><br>B/E AEROSPACE, INC., a Delaware Corporation, and Roes 1-10, inclusive,<br><br>　　　　　　Counter-Defendant. | Case No. SACV14-00709 DOC (RNBx)<br><br>Assigned to:<br><br>Hon. David O. Carter<br>Dept. 9D<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING THE CONFIDENTIALITY OF DISCOVERY**<br><br>Complaint Filed: May 7, 2014<br>Discovery Cutoff: July 28, 2015<br>Trial: November 17, 2015 |

1 Based upon the stipulation of the parties for a protective order regarding the confidentiality of discovery, submitted June 9, 2015, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Stipulation for Protective Order Regarding the Confidentiality of Discovery is entered as an Order of the Court.

Dated: June 10, 2015

_____
ROBERT N. BLOCK
United States Magistrate Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

1

CASE NO. SACV14-00709 DOC (RNBX)
[PROPOSED] ORDER